John-Mark :Howard
Sui Juris
C / O general delivery at:
406 EAST 300 SOUTH # 308, SLC, UTAH [ 84111 ]

FILED
U.S. DISTRICT COURT

2012 MAY -7  P 3: 00

FEDERAL DISTRICT COURT OF UTAH ~~DISTRICT OF UTAH~~

SALT LAKE CITY DEPARTMENT, FOR ~~BY~~ COUNTY OF UTAH

DEPUTY CLERK

| | |
|---|---|
| John-Mark :Howard ) | CIVIL NO. |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT: |
| vs. ) | PROOF OF CLAIM, |
| ) | FAIR DEBT COLLECTION PRACTICES, |
| ) | ACQUIESCENCE, |
| Paul M. Halliday Jr., CITI MORTGAGE and ) | TITLE 42 USC SECTION 1983, |
| PNC MORTGAGE, Officers, Agents, Private ) | TRIAL BY JURY DEMAND, |
| Parties, et al, john does 1-10 and roe ) | CERTIFICATE OF SERVICE. |
| corporations 1-10, DOE GOVERNMENTAL | |
| UNITS 1-10, | Case: 2:12-cv-00445 |
| | Assigned To : Waddoups, Clark |
| | Assign. Date : 05/07/2012 |
| Defendants . | Description: Howard v. Halliday et al |

INTRODUCTION & OPENING STATEMEMT

This is an action brought by Plaintiff against State Officials / Agents and Private Parties acting under the Color of Law and other Parties related to a FORECLOSURE attempt against civil rights violations involving fair debt collection practices, proof of claim and acquiescence.

At all times relevant herein the Defendants, including State Officials / Agents and Private Parties acting under the Color of Law and outside the scope of their jurisdiction and authority, willfully caused Plaintiff, damage and physical injury and in so doing, violated clearly established law as those laws apply to Plaintiff rights protected under the Constitution, particularly under the 4th, 5th, 6th, 7th, 8th, 9th, and 14th Amendments.

Be it known, each of the state officials, agents and private parties herein have sworn an "oath of office" in regards to their duties and therefore each of their acts under "color" of state law is in direct violation of their oath of office and equates to CRIMINAL CONSPIRACY under section 1985.

Defendant Judge's in support of such actions are tantamount to nothing less than CRIMINAL TREASON against the united States Constitution and the People of the United States.

## *JURISDICTION and VENUE*

1. Plaintiff brings this action pursuant to sections 1983, 1985, 1986, and 1988, and invokes the jurisdiction of this court pursuant to Title1 28 USC Section 1343 (A) (3) (4), Section 1331 and pursuant to the 14th Amendment, Title 42 USC Section 1983 and the Civil Rights Act of 1870.

2. At all times relevant, all of the causes of action were committed within the geographical jurisdiction of this court.

## *PARTIES*

**Plaintiff**, John-Mark :Howard, herein after "Howard", at all times relevant herein, lived in the city of ALPINE, in the state of UTAH. Howard has lived in the State of UTAH since 1988.

3. **Defendants,** Paul M. Halliday Jr., Officers, agents and private parties et al, john does 1-10 and roe corporations 1-10, herein after "Halliday", at all times relevant to this complaint, was acting as an employed, compensated, enriched and rewarded Officer / Agent in the municipality of salt lake city in the state of UTAH. Halliday is being sued individually and in his official capacity.

4. Defendant in the City of salt lake city, herein after "City", at all times relevant to this complaint, was and is, an officer, agent of a municipal corporation of the State of UTAH, responsible for compensating, enriching, rewarding and making policy for Defendants,

CITI MORTGAGE and PNC MORTGAGE and John Does.

5. Defendants Magistrate Judge/s, herein after "Magistrate" at all times relevant to this complaint, was acting as a duly elected official and was employed, compensated, enriched and rewarded performing his duties as a magistrate. Magistrate listed on 4th district Utah County case and or appellate case, may be sued individually and in his / their official capacity.

## *FACTS*

6. SEE EXHIBIT A and B - AFFIDAVIT'S OF FACTS ( Individual and Property Interest )

7. As a proximate and direct result of the actions of defendants herein, Howard rights were knowingly violated in direct violation of clearly established Federal law.
At all times herein, the defendants were acting under color of state law.

8. All of the Defendants, at all times related herein, acted wantonly, recklessly, willfully and maliciously and in concert with additional state officers showing a deliberate, indifference towards Howard and the rights of Howard, protected and guaranteed by the Constitution with the direct intent and sole purpose of injuring, humiliating, vexing,

9. oppressing and causing mental anguish to Howard. As a direct and / or proximate result of Defendants actions, Howard is seeking punitive damages.

## *FEDERAL CAUSES OF ACTION*

10. All allegations set forth in paragraphs herein by reference.

### As and for a first cause of Action

11. Upon information, the Defendant City, is being sued as a "person" maintains a pattern and practice of depriving liberty and property and causing damage without probable cause or proper foundation as secured by the Constitution as demonstrated by the deprivation of Howard rights.

### As and for a second cause of Action

12. Upon information, the Defendant, City failed and / or neglected to properly train and supervise its employees and / or agents and especially its officers and municipal judges with respect to individual rights as protected by the Constitution as made evident by the several severe abuse(s) and damage(s) sustained by Halliday.

### As and for a third cause of Action

13. At all times relevant, all defendants, especially Halliday and Judge/s, were acting within the scope of their presumed duties as employees and / or agents of Defendant, City when depriving Howard of his rights, liberty and freedom from proof of claim, fair debt collection practices, acquiescence, unprovoked multiple administrative foreclosure sale attacks and other violations of clearly established laws protected by the 4th, 5th, 7th, and 14th amendments.

14. Defendant City is liable under the Doctrine of *Respondent Superior* for the acts of their employees and / or agents, committed within the scope of their employee and / or agents duties, but outside the scope of their discretion in a long train of abuses which is a custom, policy or practice to violate clearly established law.

### As and for a forth cause of Action

PROOF OF CLAIM, that any obligation on my part is enforcement of a *lawful* process on a Living Being, man, under Common Law jurisdiction. PROOF OF CLAIM that any contract between myself, the living being, and your company was done so with all relevant matters and items to said contract having been fully disclosed, prior to the signing in wet ink signatures by both parties, including the following per UCC-1.

### As and for a fifth cause of Action

Request for debt validation per THE FAIR DEBT COLLECTION PRACTICES ACT, 15 USC § 1601, ET SEQ. This account is now a CLOSED ACCOUNT. An account to which no further additions can be made on either side, but which remains still open for adjustment and set-off, which distinguishes it from an account stated" Black's Law Dictionary, 6th Edition, Page 18.

### As and for a sixth cause of Action

**Acquiescence** - the act or condition of acquiescing or giving tacit assent; agreement or consent by silence or without objection; compliance. *Law* such neglect to take legal proceedings for such a long time. ( as to imply the abandonment of a right. )

Silence is acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391. Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

### LAWFUL NOTIFICATION

A lawful notification letter was sent to Halliday, attorney firm via certified mail, pursuant to The Bill of Rights of the National Constitution, the Supreme Law of the Land, in particular, the First, Fourth, Fifth, Seventh and Ninth Amendments, and the UTAH State Constitution, in particular, Article 1, Sections 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, and 14, and required written response specific to the subject matter. The response from Halliday, on May 04, 2012 was insufficient as stipulated. Failure to rebut with particularity on everything in the letter with which was disagreed / lawful, legal and binding is agreement with and admission to the fact that everything in the letter is true, correct, legal, lawful and binding, in any court, anywhere in America, without protest or objection or that of those who represent Halliday. Silence is acquiescence. See: *Connally v. General Construction Co.*, 269 U.S. 385, 391.

Notification of legal responsibility is "the first essential of due process of law." Also, see: *U.S. v. Tweel*, 550 F. 2d. 297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."

1. The claim that Halliday represents PNC Mortgage in connection with the above referenced account." Halliday letter refers to Account number 0006208070, yet they have provided no <u>lawful</u> proof of this position in this instant matter. Therefore, Halliday must provide a genuine certified copy of a contract / agreement, sworn and attested to by a responsible party legally authorized to contract on behalf of the aforementioned creditor demonstrating lawful proof that said creditor is a valid and lawful party of interest in this matter and that Halliday is their agent in this matter with valid and lawful authorization, so attesting under the pains and penalties of perjury. Halliday, failure to provide such a contract / agreement is Halliday admission that no such contract / agreement exists and further, that Halliday is acting on Halliday own behalf and interests in Halliday attempt to collect this alleged debt and are not a real party in interest. In this instance, Halliday has perpetrated blatant fraud and attempted theft and will be held accountable and liable for that act and so charged with the proper authorities.

2. If Halliday is an attorney, an officer of the court, Halliday is required to have an oath of office on file for public scrutiny and bonds to guarantee Halliday faithful performance of duties, pursuant to oath, as the law requires, as well as malpractice insurance. Plaintiff, respectfully demands that Halliday send a certified copy or timely filed oath of office and copies of all bonds required to obtain, according to law including documented proof of Halliday malpractice insurance. If Halliday fails to provide these, then Halliday admits that they have no oath of office, no bonds as required by law, and no malpractice insurance.

3. Further, Halliday is formally notified that this matter was resolved via an E.F.T. instrument on or about APRIL 10th, 2012 which was properly applied and credited to this account.

Since Halliday did not respond to the requests and statements above, should they persist in spite of this then, Halliday commits deliberate fraud and attempted theft, which perjures Halliday oath and violates state laws governing attorneys and the Rules of Professional Conduct. Such actions now subject Halliday to criminal charges through title18 and / or 42., civil action and disciplinary action from the Bar Association and the state Supreme Court with whom Plaintiff will file charges against. In addition, I will notify Halliday malpractice insurer of the unlawful actions in violation of including, but not limited to, due process of law, which may adversely impact Halliday and possibly the entire law firm.

In attempted efforts to defraud Plaintiff of and steal Halliday property, Halliday has violated Plaintiff Constitutionally guaranteed Rights and all aspects of due process of law, in particular those rights secured in the Bill of Rights, including, but not limited to, Plaintiff 1st, 4th, 5th, 6th, 8th, and 9th Amendment Rights and those rights guaranteed and protected in the UTAH Constitution Bill of Rights. By Halliday unlawful actions, specifically enumerated and described above, Halliday has committed crimes against the People, in this instant case me, Plaintiff.

By Halliday not producing lawful and official presentation of granted limited delegated authority Halliday has no "perceived immunity" of alleged position as agent and can be sued in federal court for wrong doing against Plaintiff, personally, privately, individually and in your professional capacity, as can all those whom you claim to represent, including any of your supervisors and anyone having oversight responsibility for you, if, once they are notified of your wrong doing, they fail to take lawful actions to correct it.

If they fail to act and correct the matter, then, they condone, aid and abet your criminal actions, and further, collude and conspire to deprive Plaintiff and other Citizens of their Rights guaranteed in the

Constitutions, as a custom, practice, policy and usual business operation and the entities for which they work. Be assured that Plaintiff will claim and protect the Constitutionally guaranteed Rights which Halliday and any and all confederates have unlawfully, and without lawful authority, denied.

Such ramifications will affect both private and personal capacity and affect those who allegedly authorized the fraud upon Plaintiff and to steal Plaintiff private personal property. Halliday has been lawfully noticed and if Halliday proceeds further, they do so at their own legal and lawful detriment.

Halliday has failed to disagree with anything in particularity. Has not supported disagreement with evidence, fact and valid Law. Halliday failure to respond as stipulated, is in agreement with and admission to the fact that everything in the letter / notice is true, correct, legal, lawful and is an irrevocable agreement attesting to this, fully binding upon Halliday, in any court in America, without protest or objection or that of those who represent Halliday.

Plaintiff believes that this should be sufficient evidence to support that this account has been settled and closed. If the court does not accept this as sufficient evidence regarding this matter then Plaintiff demands a trial by Jury. This proceeding must be conducted in a court that conformed to and function in accordance with Article III Section 2 of the Federal Constitution as the only court that can hear matters of the People, Howard being the People in this matter.

*See Cooper v. Aaron, 358 U.S. Ct. 1401, 3 L. Ed. 2d 5 (1958)* *"State government officials are bound to comply with Supreme Court rulings and court orders based upon the Supreme Court's interpretation of the Constitution. The United States Constitution is the supreme law of the land per the Supremacy Clause of Article VI. In Marbury v. Madison, the federal judiciary was declared the supreme authority with respect to Constitutional interpretation. Marbury v. Madison has been respected by this Court and the nation as a permanent and indispensable component of the American constitutional system of government."*

A. The alleged Counsels, after numerous demands from the Plaintiff by letters in pleadings and motions, still have NOT lawfully proven via copies of their timely filed Oaths, good faith / surety bonds, and valid malpractice insurance, that they are statutorily compliant and able to function as officers of the court and able to practice law before this court.
*See Fredman Brothers Furniture v. Dept. of Revenue, 109 Ill. 2d 202, 486 N.E. 2d 893,.."Fraud committed in the procurement of jurisdiction..."*

B. The alleged Counsels/Attorneys, after numerous demands from the Plaintiff in letters, in pleadings, motions, prove via some corporate resolution or other lawfully recognizable notarized contract that there is specific, detailed and a binding agreement between alleged Defendants and the alleged Counsels of record.

C. Upon demand in open court by Plaintiff, that alleged opposing Counsels can lawfully prove that they are not third party debt collectors operating on their own behalf and interest in this matter. *See In re Village of Willowbrook, 37 Ill, App. 3d 393(1962), "..Fraud upon the court."*

D. Hearsay is not allowed into the record as evidence by allowing the alleged counsels to do so regarding an alleged in court phone conversation with an alleged party. *See Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647"An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness," and, "Statements of counsel in brief or in argument are not facts before the court."*

Pg 9

WHEREFORE:

Howard demands judgment against the defendants, jointly and severally, as follows:

    a. as compensatory damages, the sum of what the jury deems fair.

    b. as punitive damages, the sum of what the jury deems fair.

    c. all costs and disbursements of this action;

    d. all attorney's fees incurred in prosecuting this action pursuant to 42 U.S.C. 1988;

    e. the right to amend this complaint as warranted by further evidence and fact finding;

    f. other such further relief as to the Court seems proper.

TRIAL BY JURY IS HEREBY DEMANDED

DATED: MAY 7th, 2012.

Respectfully submitted,

**All Rights Reserved**

*[signature]*

John-Mark:Howard, Sui Juris – Affiant - American Citizen

## CERTIFICATE OF SERVICE

I, certify that on the above date, a true and correct copy of this motion was served on DEFENDANTS, its agents, representatives, parties and / or legal representatives in PERSON.

Respectfully submitted this 7th day of MAY, 2012

COPY:

Paul M. Halliday Jr., CITI MORTGAGE and PNC MORTGAGE, Officers, Agents, Parties, et al,

john does 1-10 and roe corporations 1-10, DOE GOVERNMENTAL UNITS 1-10

John-Mark :Howard